Angela C. Agrusa, Esq. (SBN: 131337)
  aagrusa@linerlaw.com
Randall J. Sunshine, Esq. (SBN: 137363)
  rsunshine@linerlaw.com
David B. Farkas, Esq. (SBN: 257137)
  dfarkas@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

JS-6

Attorneys for Defendant
EMBASSY SUITES MANAGEMENT LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MCMAHON and LATROYA SIMPSON, individually and on behalf of classes of similarly situated individuals,<br><br>    Plaintiff,<br>vs.<br><br>EMBASSY SUITES MANAGEMENT LLC; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 2:13-cv-01981-R-PJW<br><br>**ORDER TO STIPULATED VOLUNTARY DISMISSAL**<br><br>**[Stipulated Voluntary Dismissal filed herewith]** |

# ORDER

This action is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiffs' individual claims are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees associated with this action and the dismissal.

IT IS SO ORDERED.

Dated:  July 9, 2013

_____
Hon. Manuel L. Real
Judge, United States District Court

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On July 8, 2013 served the within document(s) described as:

### **[PROPOSED] ORDER TO STIPULATED VOLUNTARY DISMISSAL**

on the interested parties in this action as stated below:

| | |
|---|---|
| Eric A. Grover, Esq.<br>Rachel G. Jung, Esq.<br>KELLER GROVER LLP<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>Email: eagrover@kellergrover.com<br>Email: rjung@kellergrover.com<br>*Attorneys for Plaintiff* | Scot Bernstein, Esq.<br>LAW OFFICES OF SCOT D. BERNSTEIN, A PROFESSIONAL CORPORATION<br>101 Parkshore Drive, Suite 100<br>Folsom, California 95630<br>Telephone: (916) 447-0100<br>Facsimile: (916) 933-5533<br>Email: swampadero@sbernsteinlaw.com<br>*Attorneys for Plaintiff* |

[X]  (BY E-MAIL) By transmittal of the foregoing document to the e-mail addresses set forth above through the Court's CM/ECF filing system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2013, at Los Angeles, California.

Elsa Critser
(Type or print name)                                                                 (Signature)

Case No. 2:13-cv-01981-R-PJW
[PROPOSED] ORDER TO STIPULATED VOLUNTARY DISMISSAL

41222.019-1026228