Angela C. Agrusa, Esq. (SBN: 131337)
  aagrusa@linerlaw.com
Randall J. Sunshine, Esq. (SBN: 137363)
  rsunshine@linerlaw.com
David B. Farkas, Esq. (SBN: 257137)
  dfarkas@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501

Attorneys for Defendant
EMBASSY SUITES MANAGEMENT LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MCMAHON and LATROYA SIMPSON, individually and on behalf of classes of similarly situated individuals,<br><br>           Plaintiff,<br>     vs.<br><br>EMBASSY SUITES MANAGEMENT LLC; and DOES 1 through 10, inclusive,<br><br>           Defendant. | Case No. 2:13-cv-01981-R-PJW<br><br>**ORDER TO STIPULATED VOLUNTARY DISMISSAL**<br><br>**[Stipulated Voluntary Dismissal filed herewith]** |

1 **<u>ORDER</u>**

2       This action is dismissed in its entirety pursuant to Federal Rule of Civil
3 Procedure 41(a)(1)(A)(ii).  Plaintiffs' individual claims are dismissed with prejudice,
4 and the claims of the putative class are dismissed without prejudice.  Each party shall
5 bear its own costs and attorneys' fees associated with this action and the dismissal.

6

7       IT IS SO ORDERED.

8 Dated:  July 9, 2013  _____
9                       Hon. Manuel L. Real
                      Judge, United States District Court

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  2:13-cv-01981-R-PJW
[PROPOSED] ORDER TO STIPULATED VOLUNTARY DISMISSAL

41222.019-1026228

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On July 8, 2013 served the within document(s) described as:

### **[PROPOSED] ORDER TO STIPULATED VOLUNTARY DISMISSAL**

on the interested parties in this action as stated below:

| | |
|---|---|
| Eric A. Grover, Esq.<br>Rachel G. Jung, Esq.<br>KELLER GROVER LLP<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>Email: eagrover@kellergrover.com<br>Email: rjung@kellergrover.com<br>*Attorneys for Plaintiff* | Scot Bernstein, Esq.<br>LAW OFFICES OF SCOT D. BERNSTEIN, A PROFESSIONAL CORPORATION<br>101 Parkshore Drive, Suite 100<br>Folsom, California 95630<br>Telephone: (916) 447-0100<br>Facsimile: (916) 933-5533<br>Email: swampadero@sbernsteinlaw.com<br>*Attorneys for Plaintiff* |

☒   (BY E-MAIL) By transmittal of the foregoing document to the e-mail addresses set forth above through the Court's CM/ECF filing system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2013, at Los Angeles, California.

| Elsa Critser | |
|---|---|
| (Type or print name) | (Signature) |